UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALKA LEEAL,

    Plaintiff,

v.

Case No. 22-cv-10017
Hon. Matthew F. Leitman

NEWREZ LLC, *et al.*,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO RE-ASSIGN CASE (ECF No. 6)

In this action, Plaintiff Malka Leeal challenges the foreclosure of her home in Farmington Hills, Michigan. (*See* Compl., ECF No. 1-3.) Over the past several years, Leeal and her husband (who is now deceased) have filed a number of different actions attempting to prevent that foreclosure. For example, in 2015, the Leeals sought relief in the Oakland County Circuit Court. *See Leeal et al. v. ABN AMRO Mortgage Group, Inc., et al.*, Oakland County Cir. Ct. Case No. 2015-146929. That case was assigned to the Honorable Shalina Kumar, who was then a Judge on the Oakland County Circuit Court. Judge Kumar is now a Judge on this Court.

On January 25, 2022, Leeal filed a motion to re-assign this action to Judge Kumar. (*See* Mot., ECF No. 6.)  Leeal argues that because Judge Kumar oversaw her 2015 action in state court, it would promote "judicial economy" for Judge Kumar to also oversee this case. (*Id.*, PageID.85.)

The Court disagrees.  Like Judge Kumar, this Court has also presided over substantial litigation filed by the Leeals arising out of the attempted foreclosure of their home. *See Leeal et al. v Ditech Financial, LLC*, E.D. Mich. Case No. 17-10645.  Thus, because this Court is equally familiar with the facts underlying Leeal's new action, the Court concludes that it would not promote judicial efficiency to transfer this case to Judge Kumar.

Accordingly, for all of the reasons explained above, Leeal's motion to re-assign this action (ECF No. 6) is **DENIED**.

**IT IS SO ORDERED.**

Dated:  February 8, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 8, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126