UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALKA LEEAL,

    Plaintiff,

v.

NEWREZ LLC, *et al.*,

    Defendants.

_____/

Case No. 22-cv-10017
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** in entered in favor of Defendants and against Plaintiff.

                              KINIKIA ESSIX
                              CLERK OF COURT

                     By:   s/Holly A. Ryan
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 6, 2022
Detroit, Michigan

1