UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALKA LEEAL,

    Plaintiff,

Case No. 22-cv-10017
Hon. Matthew F. Leitman

v.

NEWREZ LLC, *et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

On September 6, 2022, this Court entered an order granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment. (*See* Order, ECF No. 24.) On September 20, 2022, Plaintiff Malka Leeal filed a motion for reconsideration. (*See* Mot., ECF No. 26.) The motion is DENIED because Leeal has not shown that the Court committed any error, much less an error that would warrant reconsideration.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 21, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126